RECEIVED
IN LAKE CHARLES, LA

SEP 18 2013

TONY R. MOORE, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BEULAH DAVIS | * | CIVIL ACTION NO. 2:11-CV-02015 |
| Plaintiff | * | |
| V. | * | JUDGE MINALDI |
| CAROLYN COLVIN, ACTING COMMISSIONER OF S.S.A. | * | |
| | * | MAGISTRATE JUDGE KAY |
| Defendant | * | |

## ORDER

Considering the foregoing unopposed Motion to Submit Persuasive Authority [Doc. 24], filed by the plaintiff,

IT IS ORDERED that the plaintiff, Beulah Davis, is hereby granted levae of court to advise of persuasive authority, *Pinter v. Astrue*, No. 3:11-CV-417, 2012 U.S. Dist. LEXIS 136885 (S.D. Miss. Sept. 25, 2012), in this matter.

Lake Charles, Louisiana, this 17 day of September, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE