U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG 15 2014

TONY R. MOORE
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| BEULAH DAVIS | CIVIL ACTION NO: 11-2015 |
| VERSUS | JUDGE DONALD E. WALTER |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the final decision of the Commissioner is **AFFIRMED** and this matter is **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** this 11 day of August, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE